UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOSTON JERMAINE TOMPKINS,

Plaintiff,

v.

UNKNOWN SOPOCY et al.,

Defendants.

Case No. 1:26-cv-2156

Honorable Ray Kent

**ORDER OF TRANSFER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff's complaint presents claims regarding events that occurred at the St. Louis Correctional Facility (SLF) in St. Louis, Gratiot County, Michigan, and Plaintiff sues five staff members at SLF. (Compl., ECF No. 1.)

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). The events underlying the complaint occurred in Gratiot County, and Defendants are public officials serving in Gratiot County, "residing" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Gratiot County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District of Michigan. Therefore:

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not**

**decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).**

Dated: August 10, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge